UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DUANE TIPTON, | ) | 3:17-CV-0032-RCJ-CLB |
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | January 13, 2020 |
| MORRIS GUICE, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to compel answers to interrogatories and admissions (ECF No. 47). Defendants responded to the motion and requested a brief extension of time to respond to discovery (ECF No. 51). Defendants were granted the requested extension (ECF No. 52), and no reply was filed. Plaintiff's motion to compel (ECF No. 47) is **DENIED**.

Plaintiff's motion for extension of time (ECF No. 58) is **GRANTED**. Plaintiff opposed the motion for summary judgment on January 10, 2020 (ECF No. 59), and that opposition shall be considered timely filed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk