## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE TIPTON, | 3:17-CV-0032-RCJ-CLB |
| Plaintiff, | **MINUTE ORDER** |
| vs. | January 13, 2020 |
| MORRIS GUICE, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to amend complaint to add defendant (ECF No. 45). No opposition was filed. Plaintiff seeks to add C/O Jason Henry to this action for "patent infringement" and further describes this correctional officer as a "corporation organized and existing under the laws of the State of Nevada." *Id.*

Without belaboring the obvious error and futility of such a proposed amendment, the motion to amend was untimely as it was filed on November 22, 2019, more than 38 days beyond the deadline to do so of October 15, 2019 (ECF No. 30). Therefore, plaintiff's motion to amend complaint to add defendant (ECF No. 45) is **DENIED.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk