## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DUANE TIPTON, | ) | 3:17-CV-0032-RCJ-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 10, 2020 |
| MORRIS GUICE, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On March 2, 2020, plaintiff filed a motion for appointment of counsel (ECF No. 67) and a motion to compel answers to discovery (ECF No. 68). No oppositions were filed.

Defendants shall have to and including **Wednesday, April 22, 2020** to file responses to the motions. If no responses are filed, the court will consider granting the motions as unopposed pursuant to LR 7-2 (d)

**IT IS SO ORDERED.**   DEBRA K. KEMPI, CLERK

By: <u>    /s/    </u>
Deputy Clerk