UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUANE TIPTON,<br><br>    Plaintiff,<br><br>vs.<br><br>GUICE, *et al*,<br>    Defendants. | Case No.: 3:17-CV-00032-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 74) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin (ECF No. 74[1]) entered on April 29, 2020, recommending that the Court deny Defendant Guice's Motion for Summary Judgment (ECF Nos. 53, 55).  On May 13, 2020, Defendant filed his Objection to the Magistrate Judge's Report and Recommendation (ECF No. 76) and Plaintiff filed a Response to Defendants Objection (ECF No. 77) on May 18, 2020.

  This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Baldwin's Report and Recommendation (ECF No. 74), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Guice's Motion for Summary Judgment (ECF No. 53) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge