AARON D. FORD
  Attorney General
ROST C. OLSEN, Bar No. 14410
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1209
E-mail: rolsen@ag.nv.gov

*Attorneys for Defendants*
*Morris Guice and Timothy Filson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE TIPTON,<br><br>    Plaintiff,<br><br>v.<br><br>GUICE, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00032-RCJ-CLB<br><br>**STIPULATION TO WITHDRAW MOTIONS TO COMPEL (ECF No.'s 79 & 80)** |

Plaintiff Duane Tipton, appearing *pro se*, and Defendants Morris Guice and Timothy Filson, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Rost C. Olsen, Deputy Attorney General, file their Stipulation to Withdraw Motions to Compel (ECF No.'s 79 & 80).

On August 13, 2020, Plaintiff and Counsel for Defendants spoke telephonically to discuss the underlying discovery disputes leading to the filing of the Motions to Compel filed by Plaintiff at ECF No.'s 79 & 80. Upon discussion, the parties were able to come to terms to resolve these discovery disputes.

Therefore, the parties stipulate to the following:

1. Defendant Filson shall mail a supplemental response to Request for Production of Documents no. 2 contained in Plaintiff's first set of Requests for Production of Documents no later than Friday, August 21, 2020.

/ / / / /

1

2. At trial, Plaintiff shall have access to the photographs produced in response to Request for Production of Documents no. 3 propounded upon Defendant Guice, identified and bates stamped in production as **TIPTON 032: Def. Guice Resp. to RFPD [1] – 001 – 006**. Plaintiff may seek to have them admitted in evidence at trial, subject to any appropriate objection.

3. Plaintiff hereby withdraws his Motions to Compel filed in this matter at ECF No. 79 and ECF No. 80.

DATED: 8/13, 2020
PLAINTIFF:

DUANE TIPTON, *pro se*

DATED: August 14, 2020
DEFENDANTS:

AARON D. FORD
Attorney General

By: _____
ROST C. OLSEN, Bar No. 14410
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: August 17, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 14th day of August, 2020, I caused to be served a copy of the foregoing, **STIPULATION TO WIDRAW MOTIONS TO COMPEL (ECF NO'S 79 & 80)**, by U.S. District Court CM/ECF Electronic Filing to:

Duane Tipton, #69967
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

          */s/Perla M. Hernandez*
An employee of the
Office of the Attorney General