**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUANE TIPTON, | Case No.: 3:17-CV-00032-RCJ-CLB |
| Plaintiff, | |
| vs. | ORDER |
| MORRIS GUICE, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Minutes of the Court (ECF No. 75) filed April 29, 2020, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than Friday, September 25, 2020, or 30 days after the decision of any pending dispositive motions. The court adopted in part and rejected in part the Report and Recommendation (ECF No. 102) granting defendant Filson's motion for summary judgment (ECF No. 85) on January 8, 2021. The parties were, therefore, required to file a joint pretrial order by February 8, 2021. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file the joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **March 10, 2021.**

**IT IS SO ORDERED**.

Dated this 10th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge

1