1   AARON D. FORD
      Attorney General
2   ROST C. OLSEN, Bar No. 14410
      Deputy Attorney General
3   State of Nevada
    100 N. Carson Street
4   Carson City, NV 89701-4717
    Tel: (775) 684-1209
5   E-mail: rolsen@ag.nv.gov

6   *Attorneys for Defendant*
    *Morris Guice*
7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  DUANE TIPTON,
                                        Case No. 3:17-cv-00032-RCJ-CLB
11                  Plaintiff,
                                        **ORDER TO DISMISS WITH**
12  v.                                  **PREJUDICE**

13  GUICE, et al.,

14                  Defendants.

15          This matter came before the Court for settlement conference on    June 8,    2021.

16  Upon engaging in discussions, Plaintiff, Duane Tipton, and all Defendants in this matter,

17  by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rost C. Olsen,

18  Deputy Attorney General, stipulate and agree that the above-captioned

19  / / / /

20  / / / /

21  / / / /

22  / / / /

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

                                        1

matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

AARON D. FORD
Attorney General

_Duane Tipton_
Duane Tipton, Plaintiff
*Pro Se*

By: _/s/ Rost C. Olsen_
    Rost C. Olsen, Bar No. 14410
    Deputy Attorney General
    Attorneys for Defendants

Dated: 6/8/21

Dated: June 8, 2021

**IT IS SO ORDERED.**

**U.S. DISTRICT JUDGE**

**DATED:** July 9, , 2021.